# STATE OF MICHIGAN

# COURT OF APPEALS

FLOYD KEMP,

       Plaintiff-Appellee,

v

TRACY ALLEN, doing business as QUALITY
PAINTING & POWER WASHING,

       Defendant,

and

PIONEER STATE MUTUAL INSURANCE
COMPANY,

       Defendant-Appellant.

UNPUBLISHED
June 6, 2017

No. 330968
Osceola Circuit Court
LC No. 15-014208-CK

Before: BECKERING, P.J., and MARKEY and SHAPIRO, JJ.

MARKEY, J. (concurring).

    I concur in result only.

                                   /s/ Jane E. Markey

-1-